FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NUMBER** |
| ) | 2:12-CR-310-GMN |
| FEKADE G. AFEWORK, ) | |
| ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on **DATE OF PLEA**, defendant FEKADE G. AFEWORK pled guilty to Count One of a One-Count Criminal Information charging him with Possession of Cocaine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1).

This Court finds defendant FEKADE G. AFEWORK agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Information.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Information and the offense to which defendant FEKADE G. AFEWORK pled guilty.

The following asset is subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2):

    a.    $4,600.00 in United States Currency ("property").

. . .

. . .

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.
3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  FEKADE G. AFEWORK in the aforementioned property is forfeited and is vested in the United
7  States of America and shall be safely held by the United States of America until further order of the
8  Court.
9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13 the name and contact information for the government attorney to be served with the petition,
14 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19 following address at the time of filing:

MICHAEL A. HUMPHREYS
Assistant United States Attorney
Daniel D. HOLLINGSWORTH
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

24  . . .
25  . . .
26  . . .

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.

5      DATED this 13 day of SEPTEMBER, 2012.

_____
UNITED STATES DISTRICT JUDGE